In re:                                                     Case No. 23-30643-jpg

Christopher Leo Pratt                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3                        User: sheym                              Page 1 of 3

Date Rcvd: Apr 17, 2023                  Form ID: pdf700                        Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher Leo Pratt, 3764 US Hwy 224 E, Lot 75, Greenwich, OH 44837-9350 |
| 27491230 | | Account Recovery Solutions, Attn Bankuptcy, PO Box 630806, Cincinnati, OH 45263-0806 |
| 27491237 | + | Debt Management & Collection, Systems- Attn: Bankruptcy, PO Box 5609, Greenville, TX 75403-5609 |
| 27491239 | + | Emergency Professional Services, Attn: Bankruptcy, 7123 Pearl Road, Ste 201, Cleveland, OH 44130-4944 |
| 27491249 | + | LVNV Funding LLC, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 27491250 | + | Norwalk Municipal Court, 45 N. Linwood Ave., Norwalk, OH 44857-1518 |
| 27491253 | ++ | REGIONAL INCOME TAX AGENCY, PO BOX 470537, ATTENTION LEGAL DEPARTMENT, BROADVIEW HEIGHTS OH 44147-0537 address filed with court:, RITA, PO Box 94951, Cleveland, OH 44101-4951 |
| 27491254 | + | Rodier Law Offices Inc, 5055 Enterprise Blvd, Toledo, OH 43612-3839 |
| 27491256 | #+ | State Collection & Recovery Service, PO Box 678, Monroeville, OH 44847-0678 |
| 27491260 | + | US bank Acct, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 27491261 | | Valley Personnel Inc, 1510 TWP Road 1153, Ashland, OH 44805 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27491233 | | Email/Text: bankruptcies@ccf.org | Apr 17 2023 20:40:00 | Cleveland Clinic, Attention Bankruptcy, 9500 Euclid Ave, Cleveland, OH 44195 |
| 27491234 | | Email/Text: bankruptcyColumbia@nisource.com | Apr 17 2023 20:40:00 | Columbia Gas of Ohio, PO Box 4629, Carol Stream, IL 60197-4629 |
| 27491231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2023 20:46:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27491232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2023 20:41:00 | Cb Indigo/gf, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 27491235 | | Email/Text: EBN@thecmigroup.com | Apr 17 2023 20:40:00 | Credit Management, 6080 Tennyson Pkwy, Suite 100, Plano, TX 75024-6002 |
| 27491236 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2023 20:45:51 | Credit One Bank, Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 27491238 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 17 2023 20:45:50 | Dept Ed Aidvantage, PO Box 740351, Atlanta, GA 30374-0351 |
| 27491240 | + | Email/Text: elevate@ebn.phinsolutions.com | Apr 17 2023 20:40:00 | Finwise Rise, Attention Bankruptcy, Po Box 679900, Dallas, TX 75267-9904 |
| 27491241 | + | Email/Text: collections@firelandsfcu.org | Apr 17 2023 20:40:00 | Firelands Federal Credit Union, Attn: Bankruptcy Dept, Po Box 8005, Bellevue, OH 44811-8005 |
| 27491242 | | Email/Text: bankruptcy@collectioncentral.com | Apr 17 2023 20:40:00 | First Credit, Attn Bankruptcy, PO Box 630838, Cincinnati, OH 45263-0838 |
| 27491243 | | Email/Text: dfell@ftmc.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 17 2023 20:40:39 | Fisher Titus Medical Center, 272 Benedict Ave., Norwalk, OH 44857-2374 |
| 27491244 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 17 2023 20:41:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 27491246 | + | Email/Text: hmcgrp@aol.com | Apr 17 2023 20:40:00 | HMC, Attn: Bankruptcy, 29065 Clemens Road, Ste 200, Westlake, OH 44145-1179 |
| 27491247 | + | Email/Text: hmcgrp@aol.com | Apr 17 2023 20:40:00 | HMC Group, Attn: Bankruptcy, 29065 Clemens Road, Ste 200, Westlake, OH 44145-1179 |
| 27491245 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 17 2023 20:40:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 27491248 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 17 2023 20:40:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 27491251 | | Email/Text: bk@rbccollect.com | Apr 17 2023 20:40:00 | Rbc, Inc, Attn: Bankruptcy, PO Box 1548, Mansfield, OH 44901 |
| 27491252 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2023 20:46:04 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 27491255 | + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2023 20:45:38 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 27491257 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2023 20:45:48 | Synchrony Bank Ashley Furniture, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 27491258 | + | Email/Text: pfs@bellevuehospital.com | Apr 17 2023 20:40:00 | The Bellevue Hospital, Attn: Bankruptcy, 1400 W. Main Street, Bellevue, OH 44811-8952 |
| 27491259 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2023 20:40:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jonathon Carl Elgin | on behalf of Debtor Christopher Leo Pratt jc@jcelgin.com elgin.jonathonc.r116646@notify.bestcase.com |

Fill in this information to identify your case:

Debtor 1   **Christopher Leo Pratt**
           First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
           First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF OHIO**

Case number:
(If known)

23-30643

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

Official Form 113
# Chapter 13 Plan                                                                                   12/17

## Part 1:   Notices

To Debtor(s):   This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies*

To Creditors:   **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ■ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ■ Not Included |

## Part 2:   Plan Payments and Length of Plan

2.1   Debtor(s) will make regular payments to the trustee as follows:

**$222.49** per **Week** for **60** months

*Insert additional lines if needed.*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2   Regular payments to the trustee will be made from future income in the following manner.

*Check all that apply:*

■ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**
   *Check one.*

Debtor        **Christopher Leo Pratt**          Case number        <span style="color:red">23-30643</span>

- ☐ Debtor(s) will retain any income tax refunds received during the plan term.
- ■ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
- ☐ Debtor(s) will treat income refunds as follows: _____

**2.4 Additional payments.**
*Check one.*
- ■ **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

2.5    The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $<u>**57,900.00**</u>.

## Part 3:  Treatment of Secured Claims

3.1    **Maintenance of payments and cure of default, if any.**

*Check one.*
- ■ **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

3.2    **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

- ■ **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

3.3    **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- ■ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4    **Lien avoidance**.

*Check one.*
- ■ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5    **Surrender of collateral.**

*Check one.*
- ☐ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
- ■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Firelands Federal Credit Union | 2012 Dodge Durango 98269 miles<br>VIN: 1C4SDJET3CC205045<br>Engine Size: 348<br>Body: 4 Dr Wagon Sport Utility |
| Harley Davidson Financial | 2020 Harley-Davidson FLTRK 13 miles<br>VIN: 1HD1KZF17LB617745<br>Engine Size: 1870<br>Body: Road/Street |

*Insert additional claims as needed.*

## Part 4:  Treatment of Fees and Priority Claims

4.1    General

Debtor    **Christopher Leo Pratt**                Case number    <span style="color:red">23-30643</span>

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2** **Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case but are estimated to be **10.00**% of plan payments; and during the plan term, they are estimated to total $**5,790.00**.

**4.3** **Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $**2,868.00**.

**4.4** **Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
■ The debtor(s) estimate the total amount of other priority claims to be **$2,717.92**

**4.5** **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
■ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**Part 5:** **Treatment of Nonpriority Unsecured Claims**

**5.1** **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $           .
☐ _____% of the total amount of these claims, an estimated payment of $_____.
■ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $   **0.00**   . Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2** **Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

■ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3** **Other separately classified nonpriority unsecured claims.** *Check one*.

■ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**Part 6:** **Executory Contracts and Unexpired Leases**

**6.1** **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

■ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**Part 7:** **Vesting of Property of the Estate**

**7.1** **Property of the estate will vest in the debtor(s) upon**
*Check the appliable box:*
■ plan confirmation.
☐ entry of discharge.

| Debtor | Christopher Leo Pratt | Case number | 23-30643 |
|---|---|---|---|

☐ other: _____

## Part 8: Nonstandard Plan Provisions

**8.1  Check "None" or List Nonstandard Plan Provisions**

■ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

## Part 9: Signature(s):

**9.1  Signatures of Debtor(s) and Debtor(s)' Attorney**

*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s) signatures are optional. The attorney for Debtor(s), if any, must sign below.*

X  **/s/ Christopher Leo Pratt**
   **Christopher Leo Pratt**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Executed on  **April 5, 2023**

Executed on  _____

X  **/s/ Jonathon C. Elgin**
   **Jonathon C. Elgin**
   Signature of Attorney for Debtor(s)

Date  **April 5, 2023**

By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.

Debtor    **Christopher Leo Pratt**            Case number    23-30643

## Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $0.00 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $11,375.92 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $46,524.08 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $0.00 |
| j. | **Nonstandard payments** *(Part 8, total)*  + | $0.00 |
| | **Total of lines a through j** | $57,900.00 |