The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: June 2 2023

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## TOLEDO DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 23-30643 |
| | ) | |
| CHRISTOPHER LEO PRATT, | ) | Chapter 13 |
| | ) | |
| | ) | Judge John P. Gustafson |
| Debtor. | ) | |
| | ) | **ORDER GRANTING** |
| | ) | **MOTION OF HARLEY-DAVIDSON** |
| | ) | **CREDIT CORP. FOR RELIEF** |
| | ) | **FROM STAY** |
| | ) | |
| | ) | 2020 Harley-Davidson FLTRK Road |
| | ) | Glide Lim; VIN: 1HD1KZF17LB617745 |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by Harley-Davidson Credit Corp. ("Movant") (Doc. 21). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay

imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the property: 2020 Harley-Davidson FLTRK Road Glide Lim, VIN: 1HD1KZF17LB617745 (the "Collateral") if any excess proceeds are received. Should Movant seek to file any deficiency claim, Movant shall do so no later than 90 days after this Order is entered. If the Collateral has not been liquidated, the deficiency claim is to be estimated.

###

**SUBMITTED BY:**

/s/ Alison A. Gill
Alison A. Gill: 0061710
***MATHEWS & GILL** LLP*
615 Copeland Mill Road, Suite 1F
Westerville, Ohio 43081
Telephone: (614) 523-7575
Facsimile: (614) 523-7580
E-Mail: alison@ohiolaws.com
Attorneys for Movant

## SERVICE LIST

Alison A. Gill, Attorney for Movant
615 Copeland Mill Road, Suite 1F
Westerville, OH 43081

Elizabeth A. Vaughan, Trustee
316 N. Michigan Street, #501
Toledo, OH 43604

Christopher Leo Pratt
3764 US Hwy 224 E
Lot 75
Greenwich, OH 44837

Jonathon Carl Elgin, Attorney for Debtor
6 Water Street
Shelby, OH 44875

Office of the U.S. Trustee
201 Superior Avenue East, Suite 441
Cleveland, OH 44114