**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**

John P. Gustafson
United States Bankruptcy Judge

**Dated: July 31 2023**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In Re: Christopher Leo Pratt** | * | **Judge John P. Gustafson** |
| | * | **Case No. 23-30643 G** |
| | * | |
| | * | |
| **Debtor** | * | |

**STIPULATED ORDER AMENDING CHAPTER 13 PLAN**

Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties. The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on ___4/14/23____.

☑ **The Chapter 13 Plan payment after confirmation originally proposed in the amount of:**
**$___964.12___ per month is hereby amended to**

**$___964.12___ per month for _28_ months then**
**$___989.25___ per month for _9__ months then**
**$__1,041.34__ per month for the remaining _23_ months for a total of __60__ months.**

☑ **The Chapter 13 plan originally proposed at a percentage of _____0______% is hereby modified to the percentage of ____57______%.**

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

*/s/ Elizabeth A. Vaughan*_____________________
**Standing Chapter 13 Trustee**

/s/ *Jonathon C. Elgin*__________________________
**Attorney for Debtor**

/s/__*Christopher Leo Pratt*____________________
**Debtor**