U.S. Bankruptcy Court
PNC Bank Building
405 Madison Avenue
Toledo, Ohio 43604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO - WESTERN DIVISION**

IN RE: _____

CASE NO.: _____

_____

JUDGE: _____

DEBTOR(S):

CHAPTER: _____

Last four digits of Social Security Number or Individual Tax-payer Identification ((ITIN) No(s.,(if any): _____

Employer's Tax Identification (EIN) No(s). (if any): _____

# NOTICE OF OBJECTION TO CLAIM

_____ has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then on or before _____, you or your lawyer must:

File with the court a written response at:

Clerk, U.S. Bankruptcy Court
PNC Bank Building
405 Madison Avenue
Toledo, Ohio 43604

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also send a copy to:**

**objector's attorney's name and address**

_____

_____

_____

**names and addresses of others to be served**

_____

_____

_____

**Attend the hearing on the objection, to be separately scheduled by the court if you timely file a written response to the objection.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Dated:_____

Signature: _____

Name: _____

Address: _____

_____

# Certificate of Service

This is to certify that a copy of the Notice of Objection to Claim was sent to the following list of parties on _____ in accordance with Bankruptcy Rule 3007(a).

Date: _____     Signature: _____

List of Parties Served