U.S. Bankruptcy Court
PNC Bank Building
405 Madison Avenue
Toledo, Ohio 43604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO - WESTERN DIVISION**

IN RE: _____  CASE NO.: _____

_____  JUDGE:  _____

DEBTOR(S):  CHAPTER: _____

Last four digits of Social Security Number or Individual
Tax-payer Identification ((ITIN) No(s.,(if any): _____

Employer's Tax Identification (EIN) No(s). (if any): _____

# NOTICE OF OBJECTION TO CLAIM

_____ has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change your claim, then on or before _____, you or your lawyer must:

File with the court a written response at:

Clerk, U.S. Bankruptcy Court
PNC Bank Building
405 Madison Avenue
Toledo, Ohio 43604

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also send a copy to:**

**objector's  attorney's name and address**                **names and addresses of others to be served**

_____                _____

_____                _____

_____                _____


**Attend the hearing on the objection, to be separately scheduled by the court if you timely file a written response to the objection.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.


Dated:_____                Signature: _____

                                           Name: _____

                                           Address: _____

                                           _____

## Certificate of Service

This is to certify that a copy of the Notice of Objection to Claim was sent to the following list of parties on May 14, 2024 in accordance with Bankruptcy Rule 3007(a).

Date: May 14, 2024 Signature: /s/Jonathon C. Elgin

List of Parties Served

Electronic Mail Notice:

David J. Claus dclaus@tiffinlaw.com, Bianca@tiffinlaw.com
Alison Anne Gill alison.gill@ohiolaws.com, sara.weaver@ohiolaws.com
United States Trustee (Registered address)@usdoj.gov
Elizabeth A. Vaughan 13ECFNotices@chapter13toledo.com, toledo13@ecf.epiqsystems.com; trusteeOHNB5T@ecf.epiqsystems.com

Via US First Class Mail:

Harley Davidson Credit Corp.
PO Box 9013
Addison, TX 75001

Elizabeth A. Vaughan
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 43604

Christopher Leo Pratt
3764 US 224 E
Lot 3
Greenwich, OH 44837