**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | * | **Case No. 23-30643 G** |
| **Christopher Leo Pratt** | | |
| | * | **Chapter 13** |
| | * | **Judge John P. Gustafson** |
| **Debtor** | * | **TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN** |
| | * | |

Now comes Elizabeth A. Vaughan, Standing Chapter 13 Trustee, pursuant to 11 U.S.C. Section 1329, and hereby moves the Court for an Order modifying Debtor(s) Chapter 13 Plan.

The Debtor(s) have failed to turnover tax refunds for tax year(s) 2024 and 2025.

As a result of the above, Trustee requests an Order Modifying Chapter 13 Plan to increase the Debtor(s) monthly plan payments and/or increase the percentage to the unsecured creditors.

All other provisions of the Plan shall remain unchanged.

**WHEREFORE**, Trustee moves the Court for an order increasing the monthly plan payments from $1,041.34 to $1,351.34 per month, beginning with the November, 2026 plan payment and increasing the percentage to unsecured creditors from 89.4951% to 100%, for the reasons indicated hereinabove.

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo, Ohio 43604
Telephone: (419) 255-0675

**NOTICE OF TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN AND**

**NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a)(5)**

You are hereby notified that Elizabeth A. Vaughan, Standing Chapter 13 Trustee has filed papers with the Court to have this bankruptcy case modified.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Trustee hereby certifies to the Court that on September 9, 2026, the Trustee did serve a true and correct copy of said Trustee's Motion to Modify Chapter 13 Plan upon the parties indicated in the Certificate of Service by regular U.S. Mail and/or the Court's Electronic Case Filing System.

**NOTICE** is hereby given that any objection to the Motion being granted by the Court and request for hearing must be filed with the Court within **twenty-one (21) days** hereof, or such other time as specified by the applicable Federal Rule of Bankruptcy Procedure, or statute, or as the Court may order, if the relief sought is opposed. The Court is authorized to grant the relief requested without further notice unless a timely objection is filed.

If you want the Court to consider your views on the Motion, then within 21 days from the date hereof, you or your attorney must file with the Court a written response explaining your position at:

United States Bankruptcy Court
405 Madison Avenue, Suite 600
Toledo OH 43604

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the deadline date as stated above.

You must also mail a copy of it to:
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion to Modify Chapter 13 Plan and may enter an Order granting that relief.

Respectfully submitted,

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I certify that on September 9, 2026, a true and correct copy of the **TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN AND NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a)(5)** were served**:**

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Jonathon C. Elgin, Attorney for Debtor(s), at jc@jcelgin.com

United States Trustee at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, upon:

Christopher Leo Pratt
3764 Us Hwy 224 E
Lot 3
Debtor

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan
Standing Chapter 13 Trustee